AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

SERVED

ASHLEY A. OLSEN

Plaintiff(s)

v.   Civil Action No. 1:22-cv-00234-WCG

EASTERN ACCOUNT SYSTEM, INC. d/b/a E-CENTER

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EASTERN ACCOUNT SYSTEM, INC.
d/b/a E-CENTER
111 PARK RIDGE ROAD
BROOKFIELD, CT 06804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:   Victor T. Metroff
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GINA M. COLLETTI, CLERK OF COURT

Date: 03/23/2022    s/ Terri Lynn Ficek, Deputy Clerk
Signature of Clerk or Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: EASTERN ACCOUNT SYSTEM, INC. D/B/A E-CENTER

received by me on *(date)* 3/24/22

☐ I personally served the summons and the attached complaint on the individual at *(place)*: _____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Ryan Talberg who is designated by law to accept service of process on behalf of *(name of organization)* EASTERN ACCOUNT SYSTEM, INC D/B/A E-CENTER 111 Park Ridge Road Brookfield, CT 06804 on *(date)* 04/04/2022 @ 2:00PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

e: _____

Server's signature

Andrew Esposito Process Server
*Printed name and title*

P.O. Box 587
Stamford, CT 06901
*Server's address*

ditional information regarding attempted service, etc.: