UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ASHLEY A. OLSEN,

        Plaintiff,

    v.                          Case No. 22-C-234

EASTERN ACCOUNT SYSTEM, INC.,

        Defendant.

---

## NOTICE OF DISMISSAL

---

Notice is hereby given that the court will dismiss this action 21 days from the date of this notice pursuant to Civil L.R. 41(c) (E.D. Wis.), which rule provides that:

> Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action and Civil L. R. 41(a) or (b) does not apply, the Court may enter an order of dismissal with or without prejudice.

The plaintiff filed this action on February 25, 2022. Proof of service of the complaint was filed with the Court on April 14, 2022. A responsive pleading was due from the defendant on April 25, 2022, but to date neither a responsive pleading nor a motion for default judgment has been filed. If the parties are attempting to informally resolve the case or, for other reasons, need an extension of time, they should notify the court.

Dated at Green Bay, Wisconsin on June 2, 2022.

                                                      s/ William C. Griesbach
                                                    WILLIAM C. GRIESBACH
                                                    United States District Judge