UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
(GREEN BAY)

| | |
|---|---|
| ASHLEY A. OLSEN,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERN ACCOUNT SYSTEM INC.<br>d/b/a E-CENTER,<br><br>    Defendant. | Case No. 1:22-CV-00234-WCG<br><br>Honorable Judge William C. Griesbach |

## NOTICE OF SETTLEMENT DISCUSSIONS

AHSLEY A. OLSEN ("Plaintiff"), by and through her undersigned counsel, submits the following Notice of Settlement Discussions, as follows:

1. On February 25, 2022, Plaintiff filed the instant case against Defendant seeking redress for violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.*, the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* and the Wisconsin Consumer Act, Wis. Stat. §427.103 *et seq.* [Dkt. 1]

2. Defendant was duly served on April 4, 2022. [Dkt. 9]

3. Defendant's responsive pleading was due on or before April 25, 2022.

4. Defendant has yet to appear or file a responsive pleading.

5. On June 2, 2022, the Court entered an Order notifying Plaintiff that the case will be dismissed in 21 days pursuant to L.R. 41(c) unless Plaintiff notifies the Court of pending settlement discussions.

1

6. Plaintiff's counsel has been in settlement communications with Defendant's counsel and would like the opportunity to exhaust settlement discussions.

7. Accordingly, Plaintiff respectfully requests that the Court refrain from dismissing the case and grant the Parties through July 21, 2022 to exhaust settlement discussions.

8. If the Parties fail to reach a settlement by July 21, 2022, Plaintiff intends on filing a Motion for Entry of Default and Motion for Default Judgment.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court (1) refrain from dismissing the case; and (2) grant the Parties through July 21, 2022 to exhaust settlement discussions.

Dated: June 23, 2022

Respectfully Submitted,

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
(630) 575-8180 (phone)
mbadwan@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<i><u>s/ Mohammed O. Badwan</u></i>

3

Case 1:22-cv-00234-WCG   Filed 06/23/22   Page 3 of 3   Document 12