UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
(GREEN BAY)

| | |
|---|---|
| ASHLEY A. OLSEN,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERN ACCOUNT SYSTEM INC.<br>d/b/a E-CENTER,<br><br>    Defendant. | Case No. 1:22-CV-00234-WCG<br><br>Honorable Judge William C. Griesbach |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

AHSLEY A. OLSEN ("Plaintiff"), by and through her undersigned counsel, submits the following response to the Order to Show Cause [Dkt. 13]:

1. On February 25, 2022, Plaintiff filed the instant case against Defendant seeking redress for violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.*, the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* and the Wisconsin Consumer Act, Wis. Stat. §427.103 *et seq.* [Dkt. 1]

2. Defendant was duly served on April 4, 2022. [Dkt. 9]

3. Defendant's responsive pleading was due on or before April 25, 2022.

4. Defendant has yet to appear or file a responsive pleading.

5. On August 16, 2022, the Court entered an Order to Show Cause requiring Plaintiff to show cause as to why this case should not be dismissed. [Dkkt. 13]

6. Plaintiff's counsel has been in settlement communications with Defendant's counsel.

1

7. On August 23, 2022, the Parties reached a settlement and a Notice of Settlement was filed. *See* Dkt. 14.

8. Accordingly, Plaintiff respectfully requests that the Court refrain from dismissing the case and grant the Parties 45 days to consummate the settlement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court (1) refrain from dismissing the case; and (2) grant the Parties through October 7, 2022 to dismiss the case.

Dated: August 23, 2022                    Respectfully Submitted,

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
(630) 575-8180 (phone)
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2022, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Mohammed O. Badwan*